IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────

No. 01-40281 c/w No. 01-40326
Summary Calendar

───────────────

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOSÉ PABLO HERNANDEZ-ZAPATA

Defendant - Appellant

- - - - - - - - - -
Appeals from the United States District Court
for the Southern District of Texas
USDC No. M-00-CR-507-1
USDC No. M-99-CR-171-1
- - - - - - - - - -
November 30, 2001

Before KING, Chief Judge, and HIGGINBOTHAM and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent José Pablo Hernandez-Zapata has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Hernandez-Zapata has not responded to the motion. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.

MOTION GRANTED; APPEAL DISMISSED.

─────────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.